United States District Court
for the District of New Jersey

_____

**MAXIMO VALDES**

                              Civil No. 10-3686

    Plaintiff

  vs.                              Order of Reassignment

**CHECK CHEK CORPORATION**

    Defendant
_____

It is on this 27th day of August 2010,

O R D E R E D that the entitled action is reassigned

from Judge Stanley R. Chesler to Judge William J. Martini

                                                S/Garrett E. Brown, Jr.
                                          Garrett E. Brown, Jr., Chief Judge
                                          United States District Court